FILED
CLERK, U.S. DISTRICT COURT

FEB 2 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Irena Andrec <br> Defendant. | CR05-1180 FMC <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation ~~Supervised Release)~~ ~~Conditions of Release)~~ |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ✓ the appearance of defendant as required; and/or

(B) ✓ the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_she can remain_
_drug free and abide_
_by court orders_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_she has a stable lifestyle_
_or can abide by court_
_orders._

IT IS ORDERED that defendant be detained.

DATED: 2/26/08

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2