```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                   MAR - 4 2010

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO.: 05-1180-FMC |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER HEARING |
| v. | ) [Fed.R.Crim.P. 32.1(a)(6); |
|  | ) 18 U.S.C. 3143(a)] |
| MILENA ANDRIC | ) |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1     based on LACK OF SURETY, NATURE OF
2     VIOLATIONS and NATURE OF
3     PAST VIOLATIONS.
4
5     and/or
6 B.   (X)   The defendant has not met his/her burden of establishing by
7     clear and convincing evidence that he/she is not likely to pose
8     a danger to the safety of any other person or the community if
9     released under 18 U.S.C. § 3142(b) or (c). This finding is based
10    on THE DEFENDANT'S HISTORY
11    OF SUBSTANCE ABUSE and
12    RECENT ARREST.
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 DATED: March 4, 2010
18
19                                                             _/s/ Carla M. Woehrle_
20                                                      United States Magistrate Judge
21
22
23
24
25
26
27
28 Deten[2].ord                               2